AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

FILED FILING

SEP 17 2007

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.

AGUIRRE-SOLORIO, PEDRO
AKA: PEDRO AGUIRRE

## CRIMINAL COMPLAINT

CASE NUMBER:    07    70543    PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than April 13, 2007 in Santa Clara County in the _____ Northern _____ District of _____ California _____ defendant(s) did,(Track Statutory Language of Offense)

Unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General or the Secretary of the Homeland Security.

in violation of Title __8__ United States Code, Section(s) _____ 1326 _____.

I further state that I am a(n) _____ Special Agent _____ and that this complaint is based on the following
                                    Official Title

facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and

a Term of Supervised Release up to five years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
                          ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___9/17___ 2007 _____    at San Jose, California _____
Date                                         City and State

Patricia V. Trumbull
United States Magistrate Judge _____    _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT PERCY ORUM**

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly known as the United States Immigration and Naturalization Service ("INS"). The departmental change from INS to ICE became effective on March 01, 2003, pursuant to Executive Orders of the Homeland Security Act. I have been employed with INS/ICE since March 05, 1980. I am currently assigned to the Alien Criminal Apprehension Program ("ACAP") Unit of the San Jose Sub-office. In such capacity, I have reviewed the official file relating to the below named individual, which attests to the following:

(1)    AGUIRRE-SOLORIO, PEDRO ("AGUIRRE-SOLORIO") a/k/a PEDRO AGUIRRE is a 31-year-old male native and citizen of Mexico, who has used four (04) aliases and one (01) date of birth in the past.

(2)    AGUIRRE-SOLORIO, has been assigned an Alien Registration number of A092 222 851, FBI number of 903634AB7, a California Criminal Information Index number of A11276344, and a California Department of Corrections number P080428.

(3)    On April 19, 2000, AGUIRRE-SOLORIO was convicted in the Superior Court of the State of California, County of Merced, for the offense of UNLAWFUL SEXUAL INTERCOURSE, a FELONY, in violation of Section 261.5 of the California Penal Code. This is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(A).

(4)    On February 07, 1996, AGUIRRE-SOLORIO was convicted in the Superior Court of the State of California, County of Merced, for the offense of UNLAWFUL ASSAULT WITH A DEADLY WEAPON, a FELONY, in violation of Section 245(a)(1) of the California Penal Code. This is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(F).

(5)    A check through ICE's records shows that AGUIRRE-SOLORIO was arrested and deported on two (02) occasions from the United States: on April 17, 2001 at Calexico, California, on March 04, 2003 at Nogales, Arizona.

(6)    AGUIRRE-SOLORIO last entered the United States at or near an unknown place and date after March 04, 2003 by crossing the international border without inspection subsequent to deportation.

(7)    AGUIRRE-SOLORIO, on a date unknown, but no later than April 13, 2007, based newly developed information from the Santa Clara County Sex Assault Felony Enforcement Tasks Force (SAFE), San Jose, California, AGUIRRE-SOLORIO is presently residing at 699 Catherine Court, Gilroy, California and

working in Santa Clara County. AGUIRRE–SOLORIO has illegally returned to the United States without the permission of the Attorney General or the Secretary of the Homeland Security, in violation of Title 8, United States Code, Section 1326.

(8)     On December 28, 2006, in the Superior Court of the State of California, County of Santa Clara, a $50,000 arrest warrant was issued for violation of California Penal Code, Section 273.5, Inflicting Corporal Injury on Spouse/Cohabitant, etc. and California Penal Code Section 236, False Imprisonment. The crime allegedly occurred at his girlfriend's residence, in Gilroy, California on December 06, 2006 at 7208 Church Street, Gilory, California 95020.

(9)     Additional information concerning alienage, having previously been deported and AGUIRRE-SOLORIO's failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after deportation was obtained from AGUIRRE-SOLORIO's alien file, ICE, state, FBI, and local records and fingerprint checks.

(10)    On April 13, 2007, AGUIRRE-SOLORIO, a latent print examiner at the Santa Clara County Sheriff's Department compared AGUIRRE-SOLORIO' fingerprints on the executed Warrants of Deportation, Department of Motor Vehicle, and his FBI rap sheet fingerprints. The latent print examiner determined that the fingerprints were identical and related to AGUIRRE-SOLORIO.

(11)    There is no record in the official file of the United States Department of Homeland Security, Immigration and Customs Enforcement that AGUIRRE-SOLORIO ever applied to the Attorney General or the Secretary of the Homeland Security to reenter the United States after deportation.

(12)    According to information from the Gilroy Police Department and the Sexual Offender Task Force (SAFE), AGUIRRE-SOLORIO last know address was 699 Catherine Court, Gilroy, California.

//
//
//
//
//
//
//
//
//
//

(13)    On the basis of the above-described information, there is probable cause to believe that AGUIRRE-SOLORIO illegally entered the United States, in violation of Title 8, United States Code, Section 1326. AGUIRRE-SOLORIO was found in the United States after having been deported, and he had not sought permission from the United States Attorney General or the Secretary of the Homeland Security to re-enter the United States.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

_____
Percy Orum
Special Agent
U.S. Immigration and Customs
Enforcement

Subscribed and sworn to before me this __17__ day of __Sept__, 2007.

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE
JUDGE